UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIA SHAKIR KALASHO,

    Petitioner,                                                             Case No.  1:05-CV-50

v.                                                                           Hon. Gordon J. Quist

PHILIP WRONA,
Interim Director, BICE

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on November 1, 2005.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Although it appears that Petitioner did not receive the Report and Recommendation, this is because Petitioner has failed to inform the Court of his change of address.  A plaintiff has a duty to do so.  See Williams v. Faulkner, No. 95-CV-741 (RSP/DS), 1998 WL 278288, at *2 (N.D.N.Y. May 20, 1988).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge, filed October 31, 2005, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's petition for habeas relief is **DENIED AS MOOT** .

Dated: December 22, 2005                                          /s/ Gordon J. Quist
                                                                         GORDON J. QUIST
                                                             UNITED STATES DISTRICT JUDGE